UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/19

MALE DIXON a/k/a JAMES KING,

               Plaintiff,

-against-

BARBARA VON BLACKENESEE,
Warden, individually and in official capacity,

               Defendant.

17-cv-7359 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff Male Dixon is proceeding *pro se* in this Section 1983 action against Barbara Von Blanckensee. (*See* Complaint, ECF No. 1.) On June 11, 2019, this Court issued an Opinion & Order denying Defendants' Motion to Dismiss Plaintiff's Complaint. (*See* ECF No. 35.)

One June 17, 2019, Defendants filed a Motion for Reconsideration of the Opinion & Order (ECF No. 36), as well as a Letter Motion for an Extension of Time to answer Plaintiff's Second Amended Complaint and to submit a case management plan. (ECF No. 38.) In their Letter Motion, Defendants requested an extension of time of 60 days from when this Court resolves the pending Motion for Reconsideration to answer the Complaint and continue the litigation process.

Defendants Letter Motion is GRANTED in part and DENIED in part. Defendants shall have an extension of 30 days after this Court resolves the Motion for Reconsideration to answer the Second Amended Complaint and submit a case management, provided of course, that the Motion for Reconsideration does not result in dismissal of the suit.

The Clerk of the Court is respectfully directed to terminate the Motion at ECF No. 38, mail a copy of this order to Plaintiff at his listed address, and show proof of service on the docket.

               SO ORDERED

Dated:   June 18, 2019
          White Plains, New York

               _____
               NELSON S. ROMÁN
               United States District Judge