```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALE DIXON aka JAMES KING,

                Plaintiff,

  -against-

WARDEN BARBARA VON BLACKENSEE,

                Defendant.

No. 17 Civ. 7359 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On April 12, 2021, the United States Court of Appeals for the Second Circuit issued an opinion reversing this Court to the extent that it denied Defendant's motion to dismiss Plaintiff's Fifth Amendment *Bivens* claim. *Dixon v. von Blackensee*, No. 20-1651-pr (2d Cir. April 12, 2021.) Pursuant to the Second Circuit's opinion, Plaintiff's Fifth Amendment *Bivens* claim, the only remaining claim in this matter, is hereby dismissed. The Clerk of Court is directed to terminate this action.

Dated: April 12, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1